```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 24094
    DEBORAH J MARLETT
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5873


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 06/25/2004 and was confirmed 08/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/09/2008.
-----------------------------------------------------------------------
 CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
 BANK OF THE WEST         CURRENT MORTG          .00            .00            .00
 BANK OF THE WEST         MORTGAGE ARRE      8641.46            .00        8641.46
 COMMERCIAL FEDERAL MORTG NOTICE ONLY      NOT FILED            .00            .00
 ILLINOIS DEPT OF REVENUE PRIORITY           447.07          12.40          447.07
 INTERNAL REVENUE SERVICE PRIORITY          1682.23          46.67         1682.23
 ABELL ANIMAL HOSPITAL    UNSEC W/INTER     4313.05         523.44         4313.05
 ISAC                     UNSEC W/INTER     7016.29         850.41         7016.29
 PORTAGE PARK ANIMAL HOSP UNSEC W/INTER   NOT FILED            .00            .00
 SWEDISH COVENANT HOSPITA UNSEC W/INTER   NOT FILED            .00            .00
 SWEDISH COVENANT HOSPITA UNSEC W/INTER   NOT FILED            .00            .00
 SWEDISH COVENANT HOSPITA NOTICE ONLY     NOT FILED            .00            .00
 ZALUTSKY & PINSKI        NOTICE ONLY     NOT FILED            .00            .00
 INTERNAL REVENUE SERVICE UNSEC W/INTER      870.96         105.44          870.96
 ILLINOIS DEPT OF REVENUE UNSEC W/INTER      358.90          43.47          358.90
 LEDFORD & WU             DEBTOR ATTY       2,394.00                       2,394.00
 TOM VAUGHN               TRUSTEE                                          1,592.46
 DEBTOR REFUND            REFUND                                               3.75

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
 TRUSTEE            28,902.00

 PRIORITY                                    2,129.30
     INTEREST                                   59.07
 SECURED                                     8,641.46
 UNSECURED                                  12,559.20
     INTEREST                                1,522.76
 ADMINISTRATIVE                              2,394.00
 TRUSTEE COMPENSATION                        1,592.46
 DEBTOR REFUND                                   3.75

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 24094 DEBORAH J MARLETT
```

```
                               ---------------    ---------------
TOTALS                            28,902.00          28,902.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 04 B 24094 DEBORAH J MARLETT